# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ERIC LEE ALLEN**                                                                                                          **PLAINTIFF**

**V.**                                                   **4:14-CV-00719-BRW**

**JARVIS JOHNSON,** *et al*.                                                                                    **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed. After careful consideration, I adopt as my findings in all respects the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

I certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 10th day of March, 2015.


                                                                /s/Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE