# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ERIC LEE ALLEN**                                                                                          **PLAINTIFF**

**VS.**                                              **4:14-CV-00719-BRW**

**JARVIS JOHNSON,** *et al***.**                                                                     **DEFENDANTS**

## JUDGMENT

This case is DISMISSED without prejudice. I certify that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 10th day of March, 2015.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE